**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16 C 9389 |
| v. | ) ) | Hon. Marvin E. Aspen |
| WESTROCK CO., | ) ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION AND ORDER**

MARVIN E. ASPEN, District Judge:

Presently before us is the Report and Recommendation ("Report") of Magistrate Judge Sheila M. Finnegan on the U.S. Equal Employment Opportunity Commission's ("EEOC") application to enforce an administrative subpoena issued to WestRock Co. in connection with an investigation of charges of sex discrimination in violation of Title VII of the Civil Rights Act of 1964. (Dkt. No. 23.) Based on the parties' briefs, oral argument, and supplemental written submissions, the Report recommends that the application be granted, and WestRock ordered to respond to the subpoena and produce the requested information.

The subpoena asks WestRock to produce an electronic database with the name, date of hire, position and title, current employment status, date and reason for separation if not currently employed, last known home address, and all known telephone numbers for "each female individual under the age of 50 employed at any time at the Hillsdale, Illinois facility," for the period from January 1, 2011 to June 30, 2015. Magistrate Judge Finnegan found the investigation into charges of sex discrimination was within the scope of the EEOC's statutory authority, and the EEOC met its burden of showing the information sought by the subpoena is

reasonably relevant and not too indefinite. (*Id.* at 2–4.) Therefore, the Report recommends that WestRock should be ordered to produce the requested information, except, by agreement of the parties, WestRock "need only provide termination codes (and the keys to those codes), and not information regarding the specific reasons for each employee's separation." (*Id.* at 4.)

Magistrate Judge Finnegan ordered that any objections to the Report be filed within 14 days. (Dkt. No. 22.) Neither party filed objections to the Report by the deadline. After careful consideration of the Report and the parties' submissions, we hereby adopt the Report and Recommendation. Accordingly, the EEOC's application to enforce the administrative subpoena is granted. On or before February 21, 2017, WestRock shall produce the information as requested by the subpoena, except it need only provide termination codes (and the keys to those codes), and not information regarding the specific reasons for each employee's separation. It is so ordered.

                                                                                               _____
                                                                                               Honorable Marvin E. Aspen
                                                                                               United States District Judge

Dated: February 16, 2017
       Chicago, Illinois